UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO
HONORABLE MICHAEL E. ROMERO

| | | |
|---|---|---|
| IN RE | § | |
| THOMAS JOSEPH GALIE | § | |
| HEATHER MARIE GALIE | § | |
| | § | CASE NO: 10-27466 MER |
| SOCIAL SECURITY NUMBER: | § | CHAPTER 13 |
| XXX-XX-6411 | § | |
| XXX-XX-2894 | § | |

**NOTICE OF CHANGE OF ADDRESS**

Please enter the change of address set forth below in the records of the above captioned case:

Paul T. Amundson
Attorney at Law

Old Address: 6860 S. Yosemite Ct., #2000
Centennial, CO 80112

New Address: 15200 E. Girard Ave., Ste 2150
Aurora, CO 80014

Dated: December 31, 2015      \S\ Paul T. Amundson
Paul T. Amundson #27126
15200 E. Girard Ave., Ste 2150
Aurora, CO 80014
Tel:(303)713-1106
Fax:(303)220-5000
Email:P_Amundson@msn.com
Attorney for Debtors

**CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that a true and correct copy of the Notice of Change of Address was served by placing the same in the United States Mail, first class postage pre-paid the 31st day of December 2015, to the following:

Douglas B. Kiel
Chapter 13 Trustee
4725 S. Monaco St., Ste 120
Denver, CO 80237

Thomas & Heather Galie
17297 Opal Hill Drive
Parker, CO 80134

HSBC Bank Nevada, N.A.
Bass & Associates, P.C.
3936 E. Ft. Lowell Road, Suite #200
Tucson, AZ 85712

B-Line, LLC
P.O. Box 91121, Dept. 550
Seattle, WA 98111-9221

The Castle Law Group, LLC
999 18th St., Ste 2201
Denver, CO 80202

HSBC Finance Corporation
P.O. Box 829009
Dallas, TX 75382-9009

 

\S\ Paul T. Amundson
Paul T. Amundson #27126
15200 E. Girard Ave., Ste 2150
Aurora, CO 80014
Tel:(303)713-1106
Fax:(303)220-5000
Email:P_Amundson@msn.com
Attorney for Debtors